**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ALFONSO BARKER-HERNANDEZ #A026665410/14318-004** | **CASE NO. 2:23-CV-01267 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **F MARTINEZ JR** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE** because petitioner's claims are moot.

**THUS DONE AND SIGNED** in Chambers on the 24th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**